# Court of Appeals
# of the State of Georgia

ATLANTA,     April 29, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1330.  ALEXANDER C. HITZ v. FIRST HORIZON.**

On May 2, 2013, the trial court entered final judgment in favor of First Horizon. Defendant Alexander C. Hitz did not file a timely notice of appeal.  He subsequently filed an emergency motion for out-of-time appeal, asserting that his disbarred attorney failed to notify him of final judgment.  The trial court denied the motion, and Hitz filed this appeal.

An out-of-time appeal is a judicially-created remedy that is limited to criminal cases.  See, e. g., *Cody v. State*, 277 Ga. 553 (592 SE2d 419) (2004).  An out-of-time appeal is not available in civil cases. See *Woodall v. Woodall*, 248 Ga. 172, 173 (281 SE2d 619) (1981). Because Hitz did not file his notice of appeal within 30 days of final judgment, we lack jurisdiction to entertain this appeal, which is hereby DISMISSED.[1] See OCGA § 5-6-38 (a) (notice of appeal must be filed within 30 days after entry of appealable order).

---

[1] To the extent that Hitz contends that, through no fault of his own, he was unaware final judgment had been entered, he may seek to have the order set aside and re-entered in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  See also *Morgan v. Starks*, 214 Ga. App. 265, 266 (447 SE2d 651) (1994).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/29/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*